UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 25, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DWIGHT HANEY,

        Defendant.

Case No. 2:21-mj-00076-DB

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _DWIGHT HANEY_,

Case No. _2:21-mj-00076-DB_ Charge _21 U.S.C. § 841 and 846_, from custody for the

following reasons:

      _____   Release on Personal Recognizance

      _____   Bail Posted in the Sum of $ _____

      ___X___   Unsecured Appearance Bond $  50,000.00

      _____   Appearance Bond with 10% Deposit

      _____   Appearance Bond with Surety

      _____   Corporate Surety Bail Bond

      ___X___   (Other): _Conditions as stated on the record_

Issued at Sacramento, California on May 25, 2021 at 2:40 p.m.

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE