UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 25, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DWIGHT HANEY,<br><br>        Defendant. | Case No. 2:21-mj-00076-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DWIGHT HANEY,

Case No. 2:21-mj-00076-DB  Charge 21 U.S.C. § 841 and 846, from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

    __X__   Unsecured Appearance Bond $  50,000.00

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): Conditions as stated on the record

Issued at Sacramento, California on May 25, 2021 at 2:40 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE